# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RAMIRO R. DINIZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-958-RDP-TMP |
| | ) |
| | ) |
| LORETTA LYNCH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed his Report and Recommendation on October 23, 2015, recommending dismissal of Petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc. 12). No objections to the Report and Recommendation have been filed. The copy of the Report and Recommendation sent to Petitioner was returned as undeliverable, marked "Released 10-1-15." (Doc. 13). Having now carefully considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

The petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be denied and dismissed as moot. A separate order will be entered.

**DONE** and **ORDERED** this _____ day of November, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE